FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 3 2025

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:25CR00170 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 871 |
| | ) | |
| TRAVIS LEE REED | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 22, 2025, the defendant,

TRAVIS LEE REED,

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, he stated that he will kill President Trump on October 17, 2025, by cutting off his head.

All in violation of Title 18, Section 871, United States Code.

[End of Text. Signature page attached.]

U.S. v. Reed Page **1** of **2**

☐ NO TRUE BILL.     ☑ TRUE BILL. 

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

STACY R. WILLIAMS
Arkansas Bar No. 2011081
Assistant United States Attorney
425 West Capitol Avenue, Suite 500
Little Rock, Arkansas 72201
501-340-2600
Stacy.Williams@usdoj.gov

U.S. v. Reed Page **2** of **2**