# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                    Case No. 4:25-CR-170-BSM

TRAVIS LEE REED

## ORDER

Today, Defendant Travis Reed appeared with his counsel, Ms. Shea Watts, for an initial appearance, related a September 3, 2025 indictment charging him with a violation under 18 U.S.C. § 871. Assistant United States Attorney Reese Lancaster appeared for the Government. After taking Defendant's plea, his attorney asked for a competency evaluation under 18 U.S.C. §§ 4241 and 4242. The United States had no objection. For good cause shown, the oral motion is GRANTED.

Defendant will be examined to determine his competency (18 U.S.C. § 4241), to determine the existence of insanity at the time of the offense (18 U.S.C. § 4242), and for treatment accordingly. Defendant is, therefore, committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where the psychological examination will be performed.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify United States Magistrate Judge Edie R. Ervin upon receipt of

Defendant's facility designation. Pursuant to 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

SO ORDERED 17 September 2025.

_____
UNITED STATES MAGISTRATE JUDGE