IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.      Case No. 4:25-cr-00170-BSM

TRAVIS LEE REED

**ORDER**

On September 17, 2025, the Court granted defense counsel's oral motion for a determination of competency to stand trial, and on September 19, Mr. Reed was committed to the custody of the Attorney General for examination pursuant to 18 U.S.C. §§ 4241 and 4242. *Docs. 15, 17*. On December 19, 2025, the Court received the written forensic evaluation reports. A copy of the report pursuant to § 4241, addressing Mr. Reed's competency to proceed to trial was provided to counsel.[1] No opposition to the report has been filed, and neither party has requested a hearing.

The conclusions stated in the competency report pursuant to 18 U.S.C. § 4241 are adopted as the conclusions and findings of the Court. The Court finds that Defendant Travis Lee Reed is competent to stand trial.

SO ORDERED 6 January 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court provided the parties eleven days from receipt of the competency examination report to file motions opposing the report or requesting a hearing regarding any issue in the report. *Doc. 17 at 2*. The Court instructed that if no motions were filed during the eleven day period, it would enter an Order adopting or rejecting the conclusions set forth in the report. *Id.*